■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT A. CAMPBELL, Appellant. [888 NYS2d 756]—Appeal by the defendant from an order of the County Court, Suffolk County (Hudson, J.), dated October 19, 2007, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court's determination to designate him a level three sex offender is supported by clear and convincing evidence and, thus, should not be disturbed (*see* Correction Law § 168-n [3]; *People v Morris*, 33 AD3d 778 [2006]; *People v Robert I.*, 33 AD3d 777 [2006]).

The defendant's remaining contentions are without merit. Rivera, J.P., Dickerson, Hall and Lott, JJ., concur.